IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| MICHAEL A. FROST, | CV 15-124-M-DWM |
| --- | --- |
| Plaintiff, | ORDER |
| vs. | |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

IT IS HEREBY ORDERED that meals and/or lodging be provided for jurors in the above entitled case.

DATED this 12th day of December, 2016.

Donald W. Molloy, District Judge
United States District Court