**FILED**

DEC 12 2016

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL A. FROST, | CV 15–124–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

IT IS HEREBY ORDERED that George Gavalla provide the Court any written stipulations or agreements between Mr. Gavalla and the Federal Railroad Administration ("FRA") in regard to his employment with or departure from the FRA, for in camera inspection by the Court prior to his trial testimony in this matter. The Court may order the document(s) to be produced for counsel subject to a protective order.

Dated this 12th day of December, 2016.

Donald W. Molloy, District Judge
United States District Court