

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL A. FROST, | CV 15–124–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

Before the Court is the agreement between Plaintiff's Expert Gavalla and the Federal Rail Administration. The Court returns the document to Mr. Gavalla. It will not be produced to counsel as it does not appear to go to bias. A copy of the document will be filed under seal. An ORDER IN LIMINE is GRANTED that this matter will not be inquired into by either party.

DATED this 12<sup>t</sup> day of December, 2016.

Donald W. Molloy, District Judge
United States District Court

-1-