**FILED**

DEC 1 5 2016

Clerk, U.S. District Court
District Of Montana
Missoula



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| MICHAEL A. FROST, | CV 15–124–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

The Jury having returned a verdict in the above-captioned case,

IT IS ORDERED that all pending motions are DENIED.

DATED this 15 day of December, 2016.

Donald W. Molloy, District Judge
United States District Court