IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
APR 10 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| MICHAEL A. FROST, | CV 15–124–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

Defendant moves for the admission of Gillian Dale to practice before this Court in this case with Keith M. Goman to act as local counsel. Ms. Dale's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Gillian Dale *pro hac vice* (Doc. 165) is GRANTED on the condition that Ms. Dale shall do her own work. This means that Ms. Dale must do her own writing; sign her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Dale, within fifteen (15) days of the date of this Order, files a notice acknowledging: (1) her admission under the terms set forth above; and (2) compliance with Montana Rule of Professional Conduct 8.5 (requiring certification to the Montana State Supreme Court and State Bar of Montana). *See* L.R. 83.1(d)(3)(J).

DATED this 10c day of April, 2019.

Donald W. Molloy, District Judge
United States District Court

2