IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| MICHAEL A. FROST, | CV 15-124-M-DWM |
| Plaintiff, | |
| v. | ORDER |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

Plaintiff Michael A. Frost moves for leave to file his Brief in Opposition to Defendant's Motions in Limine and eight related exhibits under seal on the ground that the documents are subject to the parties' Confidentiality Agreement. Parties seeking to file under seal must demonstrate that the harm from disclosure outweighs the public's interest in open access to judicial records. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597–98 (1978). Frost has not done so here.

Accordingly, IT IS ORDERED that Plaintiff's Motion for Leave to File Under Seal (Doc. 190) is DENIED.

DATED this 2nd day of October, 2019.

Donald W. Molloy, District Judge
United States District Court