IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL A. FROST, | CV 15-124-M-DWM |
| Plaintiff, | |
| v. | ORDER |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

Having reviewed counsel for BNSF Railway Company's declaration of the costs and fees incurred (Doc. 212),

IT IS ORDERED that BNSF is awarded attorneys' fees on Plaintiff's Second Motion to Compel (Doc. 183) in the amount of $2,420. Fed. R. Civ. P. 37(a)(5)(B).

DATED this 12d day of November, 2019.

Donald W. Molloy, District Judge
United States District Court