

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL A. FROST,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | CV 15–124–M–DWM<br><br><br><br>ORDER |

IT IS ORDERED that Plaintiff's Motion to Modify Local Counsel Rule (Doc. 217) is CONDITIONALLY GRANTED pursuant to the following requirements:

(1) David Paoli shall be available to consult at all times during trial in this matter; and

(2) James H. Kaster and Lucas J. Kaster shall abide by the Court's rulings, the Local Rules, and the Final Pretrial Order.

If either of these conditions is not met, David Paoli will be required to participate personally at trial.

DATED this 3rd day of January, 2020.

Donald W. Molloy, District Judge
United States District Court