FILED

JAN 0 9 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL A. FROST,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendant. | CV 15-124-M-DWM<br><br>ORDER |

IT IS HEREBY ORDERED that snacks, meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 9th day of January, 2020.

Donald W. Molloy, District Judge
United States District Court