
FILED
JAN 1 0 2020
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL A. FROST, | CV 15–124–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

Local Rule 1.3(d)(2)(C) authorizes attorneys appearing before the Court and their employees, including paralegals, to use personal electronic devices during proceedings so long as the use is not disruptive or distracting and is related to the appearance. In addition, Defendant BNSF Railway Company requests permission for its in-house counsel Paul Balanon and its corporate representative Keith Samples to have personal electronic devices during trial in this matter.

IT IS ORDERED that Paul Balanon and Keith Samples may each bring a cell phone into the courthouse. The cell phones must be turned off while Balanon and Samples are in the courtroom.

DATED this 10 day of January, 2020.

Donald W. Molloy, District Judge
United States District Court