IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL A. FROST, | CV 15–124–M–DWM |
| Plaintiff, | |
| v. | ORDER |
| BNSF RAILWAY COMPANY, | |
| Defendant. | |

The Jury having returned a verdict in the above-captioned case,

IT IS ORDERED that all pending motions are DENIED.

DATED this 16th day of January, 2020.

_____
Donald W. Molloy, District Judge
United States District Court